AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| Jaylyn Romero and Lexus Rodriguez<br><br>*Plaintiff(s)*<br>v.<br>Flight Services & Systems, Inc. and Frontier Airlines<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:23-cv-00416-NT<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frontier Airlines, Inc.
c/o Corporation Service Company, Registered Agent
45 Memorial Circle
Augusta, ME 04330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Chad T. Hansen
Martin P. Tartre
Employee Rights Group
92 Exchange Street
Portland, ME 04101
207-874-0905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____11/06/2023_____

*Christa K. Berry* (signature)

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00416-NT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Corporation Service Co., Agent , who is
designated by law to accept service of process on behalf of *(name of organization)*
Frontier Airlines, Inc. on *(date)* NOV 14 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: NOV 14 2023

Server's signature

Printed name and title
HARRY McKENNEY
Chief Civil Deputy
Kennebec County
Sheriff's Office

Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset