IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JAYLYN ROMERO AND LEXUS RODRIGUEZ, <br><br> PLAINTIFFS, <br><br> v. <br><br> FLIGHT SERVICES & SYSTEMS, INC. AND FRONTIER AIRLINES, <br><br> DEFENDANTS. | Civil Action Docket No. 2:23-CV-00416-NT |

## NOTICE OF APPEARANCE

Please enter the appearance of Timothy H. Powell, Esq. as counsel for Frontier Airlines in the above-captioned matter.

Dated:  December 11, 2023

Respectfully submitted,

/s/ Timothy H. Powell
Timothy H. Powell (ME Bar No. 6137)
LITTLER MENDELSON, P.C.
1 Monument Square, Suite 600
Portland, ME  04101
207.774.6001
tpowell@littler.com

Francis J. Bingham (MA Bar No. 682502)
*Applying Pro Hac Vice*
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA  02110
617.378.6000
fbingham@littler.com

*Attorneys for Defendant*
*Frontier Airlines*

## CERTIFICATE OF SERVICE

      I, Timothy H. Powell, hereby certify that the foregoing document was electronically filed using the Court's CM/ECF system and on this date was served electronically through ECF upon all other counsel of record:

>Chad T. Hansen
>Martin P. Tartre
>MAINE EMPLOYEE RIGHTS GROUP
>92 Exchange Street, 2nd Floor
>Portland, ME 04101
>chad@employeerightslaw.attorney
>martin@employeerightslaw.attorney

Dated: December 11, 2023        Respectfully submitted,

                                                                  */s/ Timothy H. Powell*
Timothy H. Powell (ME Bar No. 6137)
LITTLER MENDELSON, P.C.
1 Monument Square, Suite 600
Portland, ME  04101
207.774.6001
tpowell@littler.com

*Attorney for Defendant
Frontier Airlines*

2