## UNITED STATES DISTRICT COURT
### District of Maine

JAYLYN ROMERO and LEXUS RODRIGUEZ )

        Plaintiff(s),      )

   vs.          )    Case No. 2:23-CV-00416-NT

               )

FLIGHT SERVICES & SYSTEMS, INC. and FRONTIER AIRLINES )

        Defendant(s).     )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Francis J. Bingham

2. State bar membership number(s): Massachusetts (682502), New Hampshire (269103)

3. Firm name, address and telephone number:
   Littler Mendelson, P.C., One International Place, Suite 2700, Boston, MA  02110
   Tel. 617.378.6000

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   State Bar of Massachusetts, State Bar of New Hampshire
   United States District Court for the District of Massachusetts, United States District Court for the District of New Hampshire, United States Court of Appeals for the First Circuit

5. Name, address and telephone number of associated local counsel:
   Timothy Powell (ME Bar No. 6137)
   Littler Mendelson, P.C., One Monument Square, Suite 600, Portland, ME  04101 (Tel. 207.699.1120)

6. Party name(s) entering appearance for:
   Defendant, Frontier Airlines

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body? ☐Yes ☑No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies? ☐Yes ☑No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court? ☑Yes ☐No

Dated: 12/11/2023

/s/ Timothy H. Powell
_____
Signature of Local Counsel

Dated: 12/11/2023

/s/ Francis J. Bingham
_____
Signature of Applicant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

JAYLYN ROMERO AND LEXUS
RODRIGUEZ,

        PLAINTIFFS,

   v.

FLIGHT SERVICES & SYSTEMS, INC.
AND FRONTIER AIRLINES,

        DEFENDANTS.

Civil Action Docket No. 2:23-CV-00416-NT

## CERTIFICATE OF SERVICE

I, Timothy H. Powell, hereby certify that on this 7th day of December 2023, the foregoing Certification for Admission Pro Hac Vice of Francis J. Bingham, Esq., was electronically filed using the Court's CM/ECF system and on this date was served electronically through ECF upon all other counsel of record:

    Chad T. Hansen
    Martin P. Tartre
    MAINE EMPLOYEE RIGHTS GROUP
    92 Exchange Street, 2nd Floor
    Portland, ME 04101
    chad@employeerightslaw.attorney
    martin@employeerightslaw.attorney

Dated: December 11, 2023

Respectfully submitted,

*/s/ Timothy H. Powell*

Timothy H. Powell (ME Bar No. 6137)
LITTLER MENDELSON, P.C.
1 Monument Square, Suite 600
Portland, ME 04101
207.774.6001
tpowell@littler.com

*Attorney for Defendant*
*Frontier Airlines*