UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAYLYN ROMERO AND LEXUS RODRIGUEZ,<br><br>PLAINTIFFS,<br><br>v.<br><br>FLIGHT SERVICES & SYSTEMS, INC. AND FRONTIER AIRLINES,<br><br>DEFENDANTS. | Civil Action Docket No. 2:23-CV-00416-NT |

## DEFENDANT FRONTIER AIRLINES CORPORATE DISCLOSURE STATEMENT

Defendant Frontier Airlines, Inc. hereby submits its Corporate Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1:

Frontier Airlines, Inc. is a subsidiary of Frontier Airlines Holdings, Inc., which is a wholly owned subsidiary of Frontier Group Holdings, Inc., a publicly held corporation.

Dated:  December 19, 2023

Respectfully submitted,

*/s/ Timothy H. Powell*
Timothy H. Powell (ME Bar No. 6137)
LITTLER MENDELSON, P.C.
1 Monument Square, Suite 600
Portland, ME  04101
207.774.6001
tpowell@littler.com

*Attorney for Defendant*
*Frontier Airlines*

## CERTIFICATE OF SERVICE

I, Timothy H. Powell, hereby certify that on this 19th day of December 2023, the foregoing document was electronically filed using the Court's CM/ECF system and on this date was served electronically through ECF upon all other counsel of record:

    Chad T. Hansen
    Martin P. Tartre
    MAINE EMPLOYEE RIGHTS GROUP
    92 Exchange Street, 2nd Floor
    Portland, ME 04101
    chad@employeerightslaw.attorney
    martin@employeerightslaw.attorney

Dated: December 19, 2023

    */s/ Timothy H. Powell*
    Timothy H. Powell (ME Bar No. 6137)
    LITTLER MENDELSON P.C.
    1 Monument Square, Suite 600
    Portland, ME 04101
    207.774.6001
    tpowell@littler.com

    *Attorney for Defendant*
    *Frontier Airlines*