UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAYLYN ROMERO and LEXUS RODRIGUEZ,<br><br>    Plaintiff<br><br>v.<br><br>FLIGHT SERVICES & SYSTEMS, INC. and FRONTIER AIRLINES,<br><br>    Defendants | Case No. 2:23-CV-00416-NT |

**DISCLOSURE STATEMENT OF DEFENDANT**
**FLIGHT SERVICES & SYSTEMS, INC.**
**PURSUANT TO FED.R.CIV.P. 7.1**

☐ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

☐ The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

☐ The filing party, a limited liability company (LLC), identifies the following parent corporation and any public corporation that owns 10% or more membership or stock interest in the LLC:

☐ The filing party identifies the following publicly held corporations with which a merger agreement exists:

☒ The filing party has none of the above.

                                        Respectfully Submitted,
                                        FLIGHT SERVICES & SYSTEMS, INC.
                                        By its attorneys,
                                        JACKSON LEWIS P.C.,

Dated: December 21, 2023              /s/ John D. Prendergast
                                        John D. Prendergast
                                        NH Bar #10355
                                        Jackson Lewis P.C.
                                        100 International Drive, Suite 363
                                        Portsmouth, New Hampshire 03801
                                        603-559-2700
                                        John.Prendergast@jacksonlewis.com

                                        <u>Certificate of Service</u>

       I hereby certify that on the above date, I provided a true and exact copy of this pleading to all parties via the Court's ECF system.

Dated:  December 21, 2023             /s/ John D. Prendergast
                                        John D. Prendergast (Bar no. 10355)

4853-8583-6696, v. 1