UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

JAYLYN ROMERO and
LEXUS RODRIGUEZ,

*Plaintiffs*

v.

Docket No. 2:23-cv-00416-NT

FLIGHT SERVICES & SYSTEMS, INC.,
And FRONTIER AIRLINES

*Defendant*

## MOTION TO EXTEND DEADLINE TO FILE REPLY

Defendant Flight Services & Systems, Inc, ("FSS") by their attorneys, Jackson Lewis, P.C., respectfully moves to extend the deadline for Defendant to file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. In support of this Motion, Defendant states as follows:

1. Defendant filed its Motion to Dismiss Plaintiff's Complaint on December 12, 2023.

2. Plaintiff filed its Opposition to Defendant's Motion to Dismiss on December 21, 2023.

3. Defendant requests an extension of the deadline to file its reply from January 4, 2024 to January 11, 2024.

4. The requested extension will not result in the continuance of any hearing, conference, or trial.

5. Chad T. Hansen, counsel for Plaintiff, assents to this extension.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

A. Grant this motion;

B. Extend Defendant's deadline to submit its reply from January 4, 2024 to January 11, 2024;

C. Grant such other and further relief as this Court deems just and proper.

                                         Respectfully submitted,
                                         Flight Services & Systems, Inc..
                                         By its attorneys,
                                         JACKSON LEWIS P.C.,

Date: January 4, 2024        By:  /s/ John D. Prendergast
                                               John D. Prendergast, ME Bar No. 010355
                                             100 International Drive, Suite 363
                                           Portsmouth, NH 03801
                                           603.559.2705
                                           john.prendergast@jacksonlewis.com
                                           samuel.martin@jacksonlewis.com

<u>Certificate of Service</u>

      I hereby certify that a copy of the foregoing was this day served to all counsel of record via the Court's electronic filing system.

Date: January 4, 2024        By:  /s/ John D. Prendergast
                                               John D. Prendergast

4866-6945-7562, v. 1