UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAYLYN ROMERO and LEXUS RODRIGUEZ<br><br>Plaintiffs,<br><br>v.<br><br>FLIGHT SERVICES & SYSTEMS, INC. and FRONTIER AIRLINES,<br><br>Defendants. | Civil Action No.  2:23-cv-00416-NT |

OBJECTION TO SCHEDULING ORDER

Plaintiffs, Jaylyn Romero and Lexus Rodriguez and Defendants Flight Services & Systems, Inc. and Frontier Airlines (collectively, the "Parties), conferred on Wednesday, May 8, 2024 pursuant to this Court's Scheduling Order with Incorporated Rule 26(f) Order ("Scheduling Order"). By way of further clarification, the Parties request that the Court modify the "Track Assignment" section of the Scheduling Order by replacing "per side" with "per party" for interrogatories, requests for admissions, request for production of documents, and depositions.

Dated at Portland, Maine this 9th day of May, 2024

/s/ Chad T. Hansen Esq
Chad T. Hansen, Esq.
Martin P. Tartre, Esq.
Attorneys for Plaintiffs
EMPLOYEE RIGHTS GROUP
92 Exchange Street, Second Floor
Portland, Maine 04101
Tel. (207) 874-0905
Chad@EmployeeRightsLaw.Attorney
Martin@EmployeeRightsLaw.Attorney

## CERTIFICATE OF SERVICE

    I certify that I served the foregoing document upon all counsel of record through this Court's electronic filing system on the date below.

Date:  May 9, 2024                    /s/ Chad T. Hansen